Russell S. Thompson, IV (029098)
Joseph Panvini (028359)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yevette Frederick, | ) Case No. |
| | ) |
| Plaintiff, | ) **COMPLAINT AND TRIAL BY JURY** |
| | ) **DEMAND** |
| vs. | ) |
| | ) |
| Capital One Bank USA, N.A. and Experian | ) |
| Information Solutions, Inc., | ) |
| | ) |
| Defendants. | ) |

## **NATURE OF ACTION**

1. This is an action for damages brought by Yevette Frederick ("Plaintiff"), an individual, pursuant to the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq*. against Experian Information Solutions, Inc. ("Experian"), and Capital One Bank USA, N.A. ("Capital One") (collectively, "Defendants").

## **JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1681p and 28 U.S.C. § 1331.

3. Venue is proper before this Court pursuant to 28 U.S.C. § 1391(b), where the acts and transactions giving rise to Plaintiff's action occurred in this district, where Plaintiff resides in this district, and where Defendants transact business in this district.

**PARTIES**

4. Plaintiff is a natural person residing in the State of Arizona, County of Maricopa, and City of Phoenix.

5. Plaintiff is a "consumer" as defined by the 15 U.S.C. § 1681a(c).

6. Experian is a for-profit foreign corporation authorized to do business in the State of Arizona, and is engaged in the business of assembling or evaluating consumer credit information or other information on consumers for the purpose of reporting or furnishing consumer reports to third parties.

7. Experian uses a means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

8. Experian is a "consumer reporting agency" as defined by 15 U.S.C. § 1681a(f).

9. Capital One, is a for-profit financial institution authorized to do business in the State of Arizona that furnishes information to consumer reporting agencies.

10. Capital One is a "person" as defined by 15 U.S.C. § 1681a(c).

11. Capital One uses a means or facility of interstate commerce for the purpose of furnishing information to consumer reporting agencies.

## FACTUAL ALLEGATIONS

12. On or around May 7, 2008, a Capital One credit card account, number 51720572****, was opened in Plaintiff's name (the "Account").

13. Plaintiff did not open the Account.

14. In fact, Plaintiff was not in the United States of America at the time the account was opened, and was outside of the country from August 14, 2007 until 2010.

15. In October 2013, Plaintiff disputed the accuracy of the Account with Experian as reported in Plaintiff's Experian credit file.

16. Upon information and belief, Experian provided Capital One with notice of Plaintiff's dispute.

17. Experian responded to Plaintiff's dispute showing the investigation results as verified with no change.

18. Despite that the account is fraudulent, it continues to appear on Plaintiff's credit report, impacting her ability to purchase and benefit from credit.

## COUNT I
## VIOLATION OF 15 U.S.C. § 1681e(b)
## EXPERIAN

19. Plaintiff repeats and re-alleges each and every factual allegation above.

20. Experian violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintained concerning Plaintiff.

21. As a result of Experian's conduct as described herein, Plaintiff has suffered damages including, but not limited to, loss of credit, loss of the ability to purchase and benefit from credit, and time and expense disputing the incorrect reporting.

22. Experian's conduct, actions, and/or inaction was willful, rendering it liable to Plaintiff for damages pursuant to 15 U.S.C. § 1681n.

23. In the alternative, Experian's conduct, action(s), and/or inaction was negligent, entitling Plaintiff to recover damages under 15 U.S.C. § 1681o.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Experian violated 15 U.S.C. § 1681e(b);

b) Awarding Plaintiff statutory or actual damages, pursuant to 15 U.S.C. §§ 1681n(a)(1)(A) and 1681o(a);

c) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. § 1681n(a)(3) and 1681o(a);

d) Awarding Plaintiff punitive damages, pursuant to 15 U.S.C. § 1681n(a)(2);

e) Awarding such other and further relief as the Court may deem just and proper.

**COUNT II**
**VIOLATION OF 15 U.S.C. § 1681i**
**EXPERIAN**

24. Plaintiff repeats and re-alleges each and every factual allegation above.

25. Experian violated 15 U.S.C. § 1681i by failing to correct inaccurate information in Plaintiff's credit file after receiving actual notice of such inaccuracies, by

failing to conduct a lawful reinvestigation, and by otherwise failing to comply with the procedures outlined in that section.

26. As a result of Experian's conduct as described herein, Plaintiff has suffered damages including, but not limited to, loss of credit, loss of the ability to purchase and benefit from credit, and time and expense disputing the incorrect reporting.

27. Experian's conduct, actions, and/or inaction was willful, rendering it liable to Plaintiff for damages pursuant to 15 U.S.C. § 1681n.

28. In the alternative, Experian's conduct, action(s), and/or inaction was negligent, entitling Plaintiff to recover damages under 15 U.S.C. § 1681o.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Experian violated 15 U.S.C. § 1681i;

b) Awarding Plaintiff statutory or actual damages, pursuant to 15 U.S.C. §§ 1681n(a)(1)(A) and 1681o(a);

c) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. § 1681n(a)(3) and 1681o(a);

d) Awarding Plaintiff punitive damages, pursuant to 15 U.S.C. § 1681n(a)(2);

e) Awarding such other and further relief as the Court may deem just and proper.

## COUNT III
### VIOLATION OF 15 U.S.C. § 1681s-2(b)
### CAPITAL ONE

29. Plaintiff repeats and re-alleges each and every factual allegation above.

30. Capital One violated 15 U.S.C. § 1681s-2(b) by failing to fully and properly investigate the Plaintiff's dispute of the reporting of inaccurate information about Plaintiff to consumer reporting agencies, by failing to review all relevant information regarding the same, and by failing to appropriately respond to the consumer reporting agency.

31. As a result of Capital One's conduct as described herein, Plaintiff has suffered damages including, but not limited to, loss of credit, loss of the ability to purchase and benefit from credit, and time and expense disputing the incorrect reporting.

32. Capital One's conduct, actions, and/or inaction was willful, rendering it liable to Plaintiff for damages pursuant to 15 U.S.C. § 1681n.

33. In the alternative, Capital One's conduct, action(s), and/or inaction was negligent, entitling Plaintiff to recover damages under 15 U.S.C. § 1681o.

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

a) Adjudging that Capital One violated 15 U.S.C. § 1681s-2(b);

b) Awarding Plaintiff statutory or actual damages, pursuant to 15 U.S.C. §§ 1681n(a)(1)(A) and 1681o(a);

c) Awarding Plaintiff reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §§ 1681n(a)(3) and 1681o(a);

d) Awarding Plaintiff punitive damages, pursuant to 15 U.S.C. § 1681n(a)(2);

e) Awarding such other and further relief as the Court may deem just and proper.

# TRIAL BY JURY

34. Plaintiff is entitled to and hereby demands a trial by jury.

Dated: September 25, 2015

                               Respectfully submitted,

                               <u>s/ Russell S. Thompson IV</u>
                               Russell S. Thompson IV (029098)
                               Thompson Consumer Law Group, PLLC
                               5235 E. Southern Ave., D106-618
                               Mesa, AZ 85206
                               602-388-8898
                               866-317-2674 facsimile
                               rthompson@consumerlawinfo.com

                               <u>s/ Joseph Panvini</u>
                               Joseph Panvini (028359)
                               Thompson Consumer Law Group, PLLC
                               5235 E. Southern Ave., D106-618
                               Mesa, AZ 85206
                               602-388-8875
                               866-317-2674 facsimile
                               jpanvini@consumerlawinfo.com

                               Attorneys for Plaintiff