# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Yevette Frederick,<br><br>            Plaintiff,<br><br>v.<br><br>Capital One Bank (USA) NA, et al.,<br><br>            Defendants. | No. CV-15-01927-PHX-ROS<br><br>**ORDER** |

   Pursuant to the parties' Stipulation to Dismiss Pursuant to Settlement (Doc. 24),

   **IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

   Dated this 7th day of April, 2016.

Honorable Roslyn O. Silver
Senior United States District Judge